# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Woods, Darius D | § | Case No. 09 B 39481 |
|---|---|---|---|
|  | Woods, Danyale T | § |  |
|  | Debtors | § |  |
|  |  | § |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/21/2009.

2) The plan was confirmed on 02/08/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/06/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/23/2012.

5) The case was converted on 07/10/2012.

6) Number of months from filing or conversion to last payment: 31.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $43,755.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

    Total paid by or on behalf of the debtor      $23,393.00

    Less amount refunded to debtor      $0

**NET RECEIPTS:**      $23,393.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $3,526.50

    Court Costs      $0

    Trustee Expenses & Compensation      $1,190.60

    Other      $0

**TOTAL EXPENSES OF ADMINISTRATION:**      $4,717.10

Attorney fees paid and disclosed by debtor      $325.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $200.00 | $1,944.01 | $1,944.01 | $0 | $0 |
| American General Finance | Secured | $4,513.00 | $4,513.00 | $4,513.00 | $4,513.00 | $407.75 |
| Charles G McCarthy Jr & Associates | Secured | $234.00 | $234.00 | $234.00 | $234.00 | $5.30 |
| Everhome Mortgage Company | Secured | $5,941.00 | NA | NA | $0 | $0 |
| Everhome Mortgage Company | Secured | $170,274.00 | $164,059.31 | $164,059.31 | $0 | $0 |
| Everhome Mortgage Company | Secured | NA | $5,940.96 | $5,940.96 | $558.83 | $0 |
| Regional Acceptance | Secured | $18,558.00 | $18,783.92 | $18,558.00 | $6,478.56 | $0 |
| Santander Consumer USA | Secured | $7,375.00 | $25,806.70 | $7,375.00 | $6,478.46 | $0 |
| American General Finance | Unsecured | $3,889.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $321.00 | $504.78 | $504.78 | $0 | $0 |
| Aspen | Unsecured | $396.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $340.00 | $340.98 | $340.98 | $0 | $0 |
| Bally Total Fitness | Unsecured | $342.00 | NA | NA | $0 | $0 |
| CBE | Unsecured | $1,091.00 | NA | NA | $0 | $0 |
| CCB Credit Services Inc | Unsecured | $1,045.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $4,703.00 | NA | NA | $0 | $0 |
| Chase Student Loan Servicing LLC | Unsecured | $1,335.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Citizens Financial Services | Unsecured | $1,507.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,500.00 | $1,946.91 | $1,946.91 | $0 | $0 |
| Collection Company Of America | Unsecured | $780.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $269.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $86.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $134.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $191.00 | NA | NA | $0 | $0 |
| Daniel D Choo DDS | Unsecured | $700.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $3,647.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | NA | $928.00 | $928.00 | $0 | $0 |
| First Cash Advance | Unsecured | NA | $696.00 | $696.00 | $0 | $0 |
| Harris | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Harris | Unsecured | $291.00 | NA | NA | $0 | $0 |
| Harris | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Harris | Unsecured | $76.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $66.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $1,454.60 | $1,454.60 | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $5,446.00 | $11,672.86 | $11,672.86 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $403.00 | $325.25 | $325.25 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $500.00 | $918.92 | $918.92 | $0 | $0 |
| Midland Credit Management | Unsecured | $974.00 | $973.91 | $973.91 | $0 | $0 |
| Midnight Velvet | Unsecured | $130.00 | $130.19 | $130.19 | $0 | $0 |
| Monroe & Main | Unsecured | $396.00 | $396.09 | $396.09 | $0 | $0 |
| NCO Financial Systems | Unsecured | $437.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $396.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $550.00 | $570.12 | $570.12 | $0 | $0 |
| Receivables Management Inc | Unsecured | $1,750.00 | $1,850.00 | $1,850.00 | $0 | $0 |
| Regional Acceptance | Unsecured | NA | $225.92 | $225.92 | $0 | $0 |
| Rockford Mercantile Agency | Unsecured | $591.00 | $591.21 | $591.21 | $0 | $0 |
| Santander Consumer USA | Unsecured | $10,674.00 | $18,431.70 | $18,431.70 | $0 | $0 |
| Senex Services Corp | Unsecured | $79.00 | NA | NA | $0 | $0 |
| Seventh Avenue | Unsecured | $251.00 | $251.92 | $251.92 | $0 | $0 |
| Silverleaf Resorts Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Unique National Collection | Unsecured | $82.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $6,250.00 | $12,618.25 | $12,618.25 | $0 | $0 |
| Washington Mutual | Unsecured | $450.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $164,059.31 | $0 | $0 |
| Mortgage Arrearage | $5,940.96 | $558.83 | $0 |
| Debt Secured by Vehicle | $25,933.00 | $12,957.02 | $0 |
| All Other Secured | $29,038.11 | $4,747.00 | $413.05 |
| **TOTAL SECURED:** | $224,971.38 | $18,262.85 | $413.05 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,944.01 | $0 | $0 |
| **TOTAL PRIORITY:** | $1,944.01 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $30,536.50 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,717.10 |
| Disbursements to Creditors | $18,675.90 |
| **TOTAL DISBURSEMENTS:** | $23,393.00 |

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 28, 2012     By: /s/ MARILYN O. MARSHALL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.